UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**CJ SALES AND SERVICE OF OCALA, INC.,**

    **Plaintiff,**

v.                                    **Case No: 5:24-cv-202-JSM-PRL**

**U.S SMALL BUSINESS ADMINISTRATION,**

    **Defendant.**

## ORDER

This action seeking review of a final decision of the Office Hearings and Appeal for the Small Business Administration comes before the Court upon referral from the Clerk. This case was recently transferred into the Middle District of Florida from the Southern District of New York.

Pursuant to Local Rule 2.01(a), "[m]embership or special admission in the Middle District bar is necessary to practice in the Middle District." Upon notification by the Clerk, counsel for Plaintiff, Scott Levenson, Esq., has not satisfied these requirements.

Accordingly, within 14 days of the entry date of this Order, counsel for Plaintiff shall either satisfy the requirements of Local Rule 2.01 or SHOW CAUSE why this case should not be dismissed for failure to do so.

- 2 -

**DONE** and **ORDERED** in Ocala, Florida on May 29, 2024.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties

- 2 -