UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**CJ SALES AND SERVICE OF OCALA, INC.,**

    **Plaintiff,**

v.                                                 Case No: 5:24-cv-202-JSM-PRL

**U.S SMALL BUSINESS ADMINISTRATION,**

    **Defendant.**

### REPORT AND RECOMMENDATION[1]

This case for review of a decision of the Office of Hearings and Appeals of the United States Small Business Administration is before the Court on periodic review. On May 29, 2024, the Court entered an Order to Show Cause directing Plaintiff to comply with the requirements of Local Rule 2.01:

> Pursuant to Local Rule 2.01(a), "[m]embership or special admission in the Middle District bar is necessary to practice in the Middle District." Upon notification by the Clerk, counsel for Plaintiff, Scott Levenson, Esq., has not satisfied these requirements.
>
> Accordingly, within 14 days of the entry date of this Order, counsel for Plaintiff shall either satisfy the requirements of Local Rule 2.01 or SHOW CAUSE why this case should not be dismissed for failure to do so.

---

[1] Within 14 days after being served with a copy of the recommended disposition, a party may file written objections to the Report and Recommendation's factual findings and legal conclusions. See Fed. R. Civ. P. 72(b)(3); Fed. R. Crim. P. 59(b)(2); 28 U.S.C. § 636(b)(1)(B). A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. See 11th Cir. R. 3-1.

(Doc. 20). Plaintiff failed to respond, and the time for responding has expired.

Accordingly, upon due consideration, and under Local Rule 3.01, I recommend that this case be dismissed without prejudice for failure to prosecute.

Recommended in Ocala, Florida on June 20, 2024.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy